**EXHIBIT A**

**Payments Within 90 Days of Filing Date** **Exhibit A**

**Med Stat Ambulance LP**

| Transfer Date | Clear Date | Check No. | Payor | Payee | | Amount |
|---|---|---|---|---|---|---|
| 8/7/2024 | 8/12/2024 | 1153 | Pottsville | Med Stat Ambulance LP | $ | 18,167.50 |
| 8/22/2024 | 8/27/2024 | 1165 | Pottsville | Med Stat Ambulance LP | | 16,878.00 |
| 8/29/2024 | 9/3/2024 | 1168 | Pottsville | Med Stat Ambulance LP | | 15,302.50 |
| 9/5/2024 | 9/9/2024 | 1170 | Pottsville | Med Stat Ambulance LP | | 12,025.80 |
| 9/11/2024 | 9/13/2024 | 1184 | Pottsville | Med Stat Ambulance LP | | 13,764.00 |
| **Total** | | | | | **$** | **76,137.80** |